No. D–416. In re Disbarment of Roundtree. It is ordered that Dovey J. Roundtree, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–417. In re Disbarment of Friedland. It is ordered that Jacob Friedland, of Jersey City, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.